**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF ARIZONA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document,** *Instructions for Bankruptcy Forms for Non-Individuals,* **is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Benttree Custom Homes, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **86-0944007** |

| | | |
|---|---|---|
| 4. | **Debtor's address** | **Principal place of business** |

**131 W. Navajo Drive, Suite A**
**Prescott, AZ 86301**
Number, Street, City, State & ZIP Code

**Yavapai**
County

**Mailing address, if different from principal place of business**

P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**

Number, Street, City, State & ZIP Code

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

  __2361__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply:*

 ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

 ☐ A plan is being filed with this petition.

 ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

 ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

 ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| Debtor | _____ | | | Relationship | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district?***

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

     What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

     Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

         Contact name _____

         Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☑ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☑ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

| Debtor | **Benttree Custom Homes, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**
                MM / DD / YYYY

X **/s/ Michael G. Enders**
Signature of authorized representative of debtor

**Michael G. Enders**
Printed name

Email Address of debtor

Title    **Member/General Manager**

**18. Signature of attorney**

X **/s/ Thomas H. Allen**
Signature of attorney for debtor

Date **September 12, 2023**
     MM / DD / YYYY

**Thomas H. Allen 11160**
Printed name

**Allen, Jones & Giles, PLC**
Firm name

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
Number, Street, City, State & ZIP Code

Contact phone  **602-256-6000**    Email address  **tallen@bkfirmaz.com**

**11160 AZ**
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Benttree Custom Homes, LLC** |
| United States Bankruptcy Court for the: | **DISTRICT OF ARIZONA** |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **US Small Business Administration 1545 Hawkins Blvd. Suite 202 El Paso, TX 79925** | | **All property** | | **$192,200.00** | **$0.00** | **$192,200.00** |
| **Wells Fargo Bank SBL P.O. Box 29482 Phoenix, AZ 85038-8650** | | line of credit | | | | $54,265.46 |
| **Manzanita Landscaping 2531 N. Highway 89 Chino Valley, AZ 86323** | | landscaping Ridenbaugh | | | | $46,243.00 |
| **Wells Fargo Bank SBL P.O. Box 29482 Phoenix, AZ 85038-8650** | | credit card | | | | $44,790.20 |
| **Patricia A. Enders 295 Morning Glow Circle Prescott, AZ 86303** | | payroll | | | | $27,339.48 |
| **Citibank P.O. Box 6241 Sioux Falls, SD 57117-6241** | | credit card | | | | $24,058.21 |
| **Gale Contractor Services 11610 E. Sante Fe Loop Dewey, AZ 86327** | | vendor | | | | $18,062.00 |
| **Builders Wholesale, LLC 801 White Spar Road Prescott, AZ 86303** | | vendor | | | | $17,971.06 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Citi Costco P.O. Box 78019 Phoenix, AZ 85062** | | credit card | | | | $16,630.42 |
| **Granite Basin Roofing 1225 Gail Gardner Way Prescott, AZ 86305** | | vendor | | | | $15,987.90 |
| **Robert C. Kozak, PLLC 3619 Crossings Drive, Suite B Prescott, AZ 86305** | | attorney's fees | | | | $12,882.50 |
| **Mile High Excavation 3580 Grey Fox Drive Chino Valley, AZ 86323** | | vendor | | | | $10,849.10 |
| **Laipple Construction, Inc. 809 Gail Gardner Way Suite C Prescott, AZ 86305** | | vendor | | | | $10,356.00 |
| **Diversified Concrete Crafters, Inc. P.O. Box 26400 Prescott Valley, AZ 86312** | | vendor | | | | $9,494.00 |
| **Home Depot P.O. Box 653020 Dallas, TX 75265-3020** | | credit card | | | | $5,909.28 |
| **Prescott Floors 1241 W. Iron Springs Road Prescott, AZ 86305** | | flooring related to Ridenbaugh | | | | $3,042.73 |
| **Advanced Electrical Contracting, Inc. Post Office Box 28041 Prescott Valley, AZ 86312** | | electrical services related to Ridenbaugh | | | | $1,697.18 |
| **Alan Kloft and Cheryl Wagner 4870 Hornet Drive Prescott, AZ 86301-5779** | | ongoing executory contract | **Contingent Unliquidated** | | | $0.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Dan and Nancy Ridenbaugh 4120 Forest Mountain Road Prescott, AZ 86303** | | potential claim | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **FinWise Bank/Mulligan Funding 756 E. Winchester, Suite 100 Salt Lake City, UT 84107** | | all property | | **$70,436.00** | **Unknown** | **Unknown** |

Benttree Custom Homes, LLC -

ADVANCED ELECTRICAL CONTRACTING, INC.
POST OFFICE BOX 28041
PRESCOTT VALLEY AZ 86312


ALAN KLOFT AND CHERYL WAGNER
4870 HORNET DRIVE
PRESCOTT AZ 86301-5779


BUILDERS WHOLESALE, LLC
801 WHITE SPAR ROAD
PRESCOTT AZ 86303


CARLOS & LINDA LEYVA
131 W NAVAJO DRIVE, SUITE C
PRESCOTT AZ 86301


CITI COSTCO
P.O. BOX 78019
PHOENIX AZ 85062


CITIBANK
P.O. BOX 6241
SIOUX FALLS SD 57117-6241


DAN AND NANCY RIDENBAUGH
4120 FOREST MOUNTAIN ROAD
PRESCOTT AZ 86303


DIVERSIFIED CONCRETE CRAFTERS, INC.
P.O. BOX 26400
PRESCOTT VALLEY AZ 86312


FINWISE BANK/MULLIGAN FUNDING
756 E. WINCHESTER, SUITE 100
SALT LAKE CITY UT 84107

Benttree Custom Homes, LLC -


GALE CONTRACTOR SERVICES
11610 E. SANTE FE LOOP
DEWEY AZ 86327


GORDON F. ACKER
1314 OPECHEE WAY
GLENDALE CA 91208-1937


GRANITE BASIN ROOFING
1225 GAIL GARDNER WAY
PRESCOTT AZ 86305


HOME DEPOT
P.O. BOX 653020
DALLAS TX 75265-3020


JILL ANDERSON AND NICK WOLD
3605 LYNX MEADOW DRIVE
PRESCOTT AZ 86303


LAIPPLE CONSTRUCTION, INC.
809 GAIL GARDNER WAY
SUITE C
PRESCOTT AZ 86305


MANZANITA LANDSCAPING
2531 N. HIGHWAY 89
CHINO VALLEY AZ 86323


MARK W. HORNE AND CASEY C. DEMPSEY
DEGNAN LAW GROUP
4105 N. 20TH STREET, SUITE 220
PHOENIX AZ 85016


MILE HIGH EXCAVATION
3580 GREY FOX DRIVE
CHINO VALLEY AZ 86323

Benttree Custom Homes, LLC -


MULLIGAN FUNDING LLC
4715 VIEWRIDGE AVE, #100
SAN DIEGO CA 92123


PATRICIA A. ENDERS
295 MORNING GLOW CIRCLE
PRESCOTT AZ 86303


PRESCOTT FLOORS
1241 W. IRON SPRINGS ROAD
PRESCOTT AZ 86305


ROBERT C. KOZAK, PLLC
3619 CROSSINGS DRIVE, SUITE B
PRESCOTT AZ 86305


RON AND JOAN RIGGS
616 AUTUMN OAK WAY
PRESCOTT AZ 86303


US SMALL BUSINESS ADMINISTRATION
1545 HAWKINS BLVD.
SUITE 202
EL PASO TX 79925


WELLS FARGO BANK SBL
P.O. BOX 29482
PHOENIX AZ 85038-8650

# United States Bankruptcy Court
## District of Arizona

In re    **Benttree Custom Homes, LLC**         Case No.

Debtor(s)       Chapter    **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Benttree Custom Homes, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 12, 2023**

Date

**/s/ Thomas H. Allen**

**Thomas H. Allen 11160**

Signature of Attorney or Litigant

Counsel for    **Benttree Custom Homes, LLC**

**Allen, Jones & Giles, PLC**

**1850 N. Central Avenue, Suite 1150**
**Phoenix, AZ 85004**
**602-256-6000 Fax:602-252-4712**
**tallen@bkfirmaz.com**